HENRY I. GILBERT, on Behalf of Himself and All Other Stockholders of Asso-CIATED GAS AND ELECTRIC COMPANY, Appellant, v. C. W. BEALL and Others, Respondents.— Order denying, on reargument, plaintiff's motion for an examination of the defendants before trial, unanimously modified by granting leave to renew application upon new papers specifying the items concisely without unnecessary repetition, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of 180–181ST STREET PROPERTIES, INC., Respondent, v. AVONZEL CORPORATION, Appellant, Pursuant to Section 3 of the Arbitration Law, to Compel the AVONZEL CORPORATION to Arbitrate.— Order granting petitioner's motion for an order pursuant to section 3 of the Arbitration Law and directing the trial by jury as to whether petitioner submitted to the Avonzel Corporation for its approval a certain offer for sublease, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FLORENCE T. CONNER, Respondent, v. J. THEUS MUNDS and Others, Defendants, Impleaded with A. DEWITT DAVIDSON, Appellant.— Order granting plaintiff's motion for a preference unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WESTON HILL, Respondent, v. MABEL R. HILL, Appellant.— Order, so far as appealed from, denying defendant's motion for alimony *pendente lite* and limiting counsel fee in the sum of $150, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CHARLES FRIEDMAN, Appellant, v. RUSSELL FORBES, as Commissioner of Purchase of the City of New York, and Others, Respondents.— Order denying plaintiff's motion for a temporary injunction unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BATH IRON WORKS CORPORATION, Respondent, v. JAMES A. MOFFETT, Appellant.— Order denying motion of defendant, appearing specially, for an order vacating and setting aside the order for substituted service and the service made thereunder, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to appear generally within five days after service upon the attorneys for the defendant of a copy of order, with notice of entry thereof. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HUNTER PRINTING CO., INC., Respondent, v. NORMAN R. MERRITT, Doing Business as HOWARD PRINTING COMPANY, and Another, Appellants.— Order granting plaintiff's motion for a temporary injunction unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.